JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MAHMOOD YOUSEF,

Petitioner,

v.

MARKWAYNE MULLIN, ET AL.,

Respondents.

Case No. 8:26-cv-01280-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Mahmood Yousef (A# 249-045-838) from custody on his prior Order of Supervision ("OSUP") and return any confiscated property and documents upon release.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  The Immigration Judge

must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.  Respondents shall not increase the amount or conditions of Petitioner's OSUP without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that there is a material change of circumstances that require the increased conditions or amount.  Respondents shall not attempt to remove Petitioner to any country other than Syria without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).  Respondents shall place a copy of this Judgment in Petitioner's A-File.  Respondents shall file a notice of compliance within three days.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 1, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

2